UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANSI REDDY BUSHIREDDY,

*Plaintiff*,

v.

TODD M. LYONS,

*Defendant*.

Civil Action No. 25-1102 (SLS)

Judge Sparkle L. Sooknanan

### ORDER

For the reasons stated on the record at the April 21, 2025, hearing, and upon consideration of the Plaintiff's Application for Temporary Restraining Order or Preliminary Injunction, ECF No. 2, the Defendant's Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order, ECF No. 7, and the Plaintiff's Reply in Support of Plaintiff's Application for Temporary Restraining Order or Preliminary Injunction, ECF No. 8, the Court **GRANTS** the Plaintiff's Application for Temporary Restraining Order, ECF No. 2, insofar as the Court:

**ORDERS** the Defendant to return the Plaintiff's record in the Student and Exchange Visitor Information System (SEVIS) to the Active status. The Court further

**ORDERS** that the Defendant may not change or otherwise modify the Plaintiff's record in SEVIS solely on the basis of her arrest in April 2023 for a shoplifting incident and subsequent dismissal of that charge in August 2023. The Court further

**ORDERS** that the Plaintiff file a renewed Application for Preliminary Injunction by April 25, 2025, that the Defendant file its Opposition by May 2, 2025, and that the Plaintiff file her Reply by May 4, 2025. The Court will hold an evidentiary hearing on the Plaintiff's renewed Application on May 5, 2025, at 3:30 p.m.

2

This Order will remain in effect until further order from this Court or within 14 days of this Order, whichever comes first.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   April 21, 2025