**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MANSI REDDY BUSHIREDDY,

　　　　*Plaintiff*,

　　v.

TODD M. LYONS, Acting Director, U.S.
Immigration and Customs Enforcement,

　　　　*Defendant*.

Civil Action No. 25‑1102 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 56, the Court **GRANTS** the Plaintiff Mansi Reddy Bushireddy's Motion for Summary Judgment, ECF No. 39, and **ORDERS** that the Defendant Todd M. Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, is enjoined from terminating Ms. Bushireddy's SEVIS record for any reason other than those contained in statute or regulation. The Court **DENIES** the Defendant's Motion to Dismiss. ECF No. 41. The Court directs the Clerk of the Court to terminate this case from the active docket.

　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SPARKLE L. SOOKNANAN
United States District Judge

Date:　March 18, 2026